OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
For The District of Montana

Tyler P. Gilman
Clerk of Court

Beth Conley
Chief Deputy Clerk

*[Stamp: CLERK OF THE DISTRICT COURT, TERRY HALPIN, 2017 SEP 5 PM 3 03, FILED BY ___ DEPUTY]*

September 5, 2017

Clerk of District Court
Yellowstone County State Court

Re:  Remand of District of Montana Case: CV-17-09 -BLG-SPW,
Scott Lee vs BNSF Railway Company, a Delaware Corporation
Your Case Number:  DV-56-2016-1078-NE

Dear Sir/Madam:

    Pursuant to the enclosed Order dated August 31, 2017, this case is remanded back to Yellowstone County State Court. Enclosed is a paper copy of all the documents in our case, as well as a copy of our docket sheet.

    Please acknowledge receipt of these enclosures on the copy of this letter. Thank you.

Sincerely,

/s/ Amanda Carrillo
Deputy Clerk, Billings Division

*[Signature]*
Deputy Clerk