OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
For The District of Montana

Tyler P. Gilman
Clerk of Court



Beth Conley
Chief Deputy Clerk

Date: March 12, 2021

In Re:  Secondary E-Mail Addresses

Invalid E-Mail Address(es): jaclyn@yellowstonelaw.com

Document Number:  21

Date Filed: March 10, 2021

Case Number:   1:17-cv-00009

Dear  Jaclyn S. Laferriere

## ACTION REQUIRED!

Pursuant to the Local Rules for the District of Montana and the Administrative Procedures for Filing in the District of Montana, registered users are responsible for maintaining their current e-mail address as well as any secondary e-mail addresses in their account.

The I.T. Department for the District of Montana has received notice that the above e-mail address(es) are no longer valid. Please access your account and correct or delete the above e-mail address(es), whichever is appropriate.   See Maintaining Your E-mail located on the Court's website for instructions.

Please do not hesitate to contact me if you have any questions regarding this notice.

Sincerely,

/s/  Michael Cuthbert

Network/CM/ECF Administrator

Telephone: (406) (406) 247-2322

E-Mail: Michael_Cuthbert@mtd.uscourts.gov

Website: www.mtd.uscourts.gov